not in the interest of justice because the lawsuit lacks substantive merit.

We deem the better course is to transfer to the District of Columbia Circuit. We note that the plaintiffs' first attempt to appeal to the District of Columbia Circuit was dismissed for lack of a final judgment. Thus, to the extent the plaintiffs may believe they have arguments that were not addressed by the District of Columbia Circuit in the first appeal, it is appropriate to allow that court to decide whether those arguments have merit.

Accordingly,

IT IS ORDERED THAT:

The appeal is transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

Robert E. Malm, Robert E. Malm Law Offices, of Pacific Palisades, CA, for appellant.

Nathan K. Kelley, Associate Solicitor, Solicitor's Office, United States Patent and Trademark Office, of Arlington, VA, for appellee. With him on the briefs were Stephen Walsh, Acting Solicitor, and Thomas W. Krause, Associate Solicitor.

Before NEWMAN, RADER, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36

---

In Re: **Michael L. BEIGEL, Nathaniel Polish, Steven R. Frank, and Robert E. Malm.**

No. 2007–1146.

United States Court of Appeals, Federal Circuit.

Oct. 18, 2007.

Rehearing Denied Nov. 26, 2007.

**Michael R. BAXENDALE, Claimant–Appellant,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7152.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2007.